UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYAN WESLEY EDISON,

Defendant.

CR 25-336 JRT/JFD

**INDICTMENT**

18 U.S.C. § 48(a)(1)

THE UNITED STATES GRAND JURY CHARGES THAT:

**Background**

1. At times material to this Indictment:

   a. Defendant BRYAN WESLEY EDISON was a resident of Minnesota.

   b. Between on or about November 6, 2022, and on or about October 19, 2023, in the State and District of Minnesota and elsewhere, Defendant BRYAN WESLEY EDISON created and maintained YouTube channels he titled "Prince's Pet Planet" and "Prince's Chomp Squad," on which he uploaded and made available in interstate commerce videos that he had created depicting animals being crushed and tortured for his and his viewers' sadistic enjoyment.

   c. Beginning on or before July 30, 2022, and continuing until at least October 19, 2023, in the State and District of Minnesota and elsewhere, Defendant BRYAN WESLEY EDISON created hundreds of videos in which he purposefully placed live animals into artificial enclosures such as a playpen, a bathtub, a shower,

United States v. Edison

and an aquarium, inside his residence, into which he had also placed large live reptiles such as snapping turtles.

d. In these videos, the birds, hamsters, mice, guinea pigs, and rabbits suffered prolonged torture and death through impalement, crushing, drowning, suffocating, and being skinned and dismembered alive by the larger reptiles. In some videos, the reptiles consumed the mammals and birds after or while killing them, in others the mammals and birds died without being eaten.

e. Defendant BRYAN WESLEY EDISON posted nearly 350 videos to one or both of his YouTube channels.

f. On the "Prince's Pet Planet" channel, Defendant BRYAN WESLEY EDISON included free publicly accessible videos, as well as different "membership" levels offered for $0.99, $9.99, $44.99, or $99.99 per month, with the latter being granted access to "custom" videos commissioned by the member.

g. Defendant BRYAN WESLEY EDISON advertised that the videos with the most graphic torture were behind the membership paywalls.

h. Defendant BRYAN WESLEY EDISON developed logos for his channels and advertised merchandise offered for sale in interstate commerce bearing those logos and still images from the videos.

i. Defendant BRYAN WESLEY EDISON attempted to drive viewers to his YouTube pages with "clickbait" that emphasized the torture aspects of the videos, using titles and descriptors such as "slow death," "shred," "cracks head

United States v. Edison

open," "screaming," "tear apart," "kills mouse brutally," and "THAT REALLY HURTS."

   j. Defendant BRYAN WESLEY EDISON attempted to further drive traffic to his channels with commentary and text overlay in the videos such as: "Exclusive video, hit the like button"; "Members only exclusive activity"; "become a member, hit the like button, and don't forget to subscribe."

   k. Defendant BRYAN WESLEY EDISON received at least $1,500 in payments in interstate commerce through or from YouTube.

   l. Defendant BRYAN WESLEY EDISON can be heard and/or seen in many of these videos, narrating them with commentary such as "this bunny is fighting, maybe it's too big for Shredder," "Shredder, do your worst," "the poor black bunny is losing air by the second," "rabbits have more heart than the guinea pigs, more fight" "there's nothing I can do to save you," "the squeal of displeasure, now the panic sets in," and "gurgling screams."

### Counts 1-16
### (Animal Crushing)

  2. The allegations in paragraphs 1(a) through 1(l) are incorporated by reference as if alleged herein.

  3. On or about the dates set forth in the table below, in the State and District of Minnesota and elsewhere, the defendant,

**BRYAN WESLEY EDISON,**

did knowingly and purposely engage in the actual conduct described in the table below in which one or more living non-human mammals or birds was purposely

3

United States v. Edison

crushed, drowned, suffocated, impaled, or otherwise subjected to serious bodily injury, in or affecting interstate or foreign commerce:

| Count | Date (on or about) | Title of Video (length) | Actual Conduct |
|---|---|---|---|
| 1 | July 30, 2022 | Terrible Turtles Eat Cute Chicks (12:52) | Defendant BRYAN WESLEY EDISON placed live baby birds into a water tank containing two turtles. One of the birds was drowned by the turtles and not eaten. Another was pulled under the water and impaled and dismembered as it drowned. This bird was later partially eaten. |
| 2 | August 28, 2022 | Turtles Terrorize Rat and Mouse SHIPWRECKED live feeding (23:41) | Defendant BRYAN WESLEY EDISON placed a live baby mouse-type animal into a water tank containing two turtles. The animal drowned before being noticed by the turtles. Defendant BRYAN WESLEY EDISON also placed multiple live adult mouse-like animals into the tank. The turtles pulled the animals under the surface of the water, where they drowned prior to being eaten. |
| 3 | September 9, 2022 | MONITOR LIZARD EATS A BUNNY RABBIT I FOUND (7:35) | Defendant BRYAN WESLEY EDISON pulled a live rabbit out of a container and dropped the rabbit onto the floor of a bathroom. Defendant BRYAN WESLEY EDISON poked the rabbit and picked it up by the ear using tongs, then tossed it onto a platform where a large lizard was sitting. The lizard crushed, impaled, and subjected the rabbit to serious bodily injury. The rabbit tried to escape but could not properly ambulate due to injuries. The large lizard ate the rabbit. |
| 4 | September 10, 2022 | turtles shred WILD bunny rabbit (6:31) | Defendant BRYAN WESLEY EDISON placed a small live rabbit in |

United States v. Edison

| Count | Date (on or about) | Title of Video (length) | Actual Conduct |
|---|---|---|---|
| | | | a water tank containing turtles. A turtle pulled the rabbit below the surface of the water and subjected the rabbit to serious bodily injury by peeling the skin off the rabbit's head while the rabbit was alive and trying to escape and get air. The rabbit then died under the water. The turtles eventually ate small parts of the rabbit. |
| 5 | November 16, 2022 | Monitor Lizard EATS Mighty Syrian Hamsters (9:43) | Defendant BRYAN WESLEY EDISON placed a live hamster-type animal and a large brown lizard together in a small bathroom. The lizard attacked, crushed, impaled, and subjected the animal to serious bodily injury over the course of several minutes. The animal tried to escape but could not properly ambulate due to injuries. Defendant BRYAN WESLEY EDISON appeared to block the animal from getting away. The animal was then eaten. |
| 6 | November 24, 2022 | LIZARDS and TURTLES Gobble Chickens for THANKSGIVING – warning live feeding (23:58) | Defendant BRYAN WESLEY EDISON placed a small, live fowl and a large lizard into a shower. The lizard crushed and slammed the bird into the shower wall. This appeared to partially paralyze the bird and subjected it to serious bodily injury. The lizard did not eat the bird. Defendant BRYAN WESLEY EDISON then placed another small fowl into a water tank containing turtles. A turtle pulled the bird under the surface of the water, where the bird drowned. The turtle did not eat the bird. |

United States v. Edison

| Count | Date (on or about) | Title of Video (length) | Actual Conduct |
|---|---|---|---|
| 7 | November 25, 2022 | Syrian Hamster Struggles to Survive Hungry Turtle (12:57) | Defendant BRYAN WESLEY EDISON placed a live hamster-type animal into a water-filled aquarium containing a turtle. The animal struggled to swim and was pulled under by the turtle and drowned before being dismembered and eaten. |
| 8 | December 3, 2022 | Monster Dragon Eats Guinea Pig (12:48) <br><br> Flexing My Giant Pet Reptiles (3:12) | Defendant BRYAN WESLEY EDISON placed a live guinea pig and a large lizard into a shower. The lizard impaled, crushed, and subjected the animal to serious bodily injury over the course of several minutes. The lizard did not eat the guinea pig. |
| 9 | January 8, 2023 | Monitor Lizard Eats Big Black Bunny (16:38) | Defendant BRYAN WESLEY EDISON placed a small, live rabbit and a large lizard into a playpen-type structure decorated with a toy castle and action figures. The lizard attacked, crushed, impaled, and subjected the rabbit to serious bodily injury for several minutes. The rabbit's eye appeared to pop out of the socket. The rabbit tried to evade the lizard but could not properly ambulate due to injuries. The lizard then slowly consumed the injured rabbit. |
| 10 | January 11, 2023 | Turtles eat big bunny (11:59) | Defendant BRYAN WESLEY EDISON placed a live rabbit into a deep-water tank containing turtles. The turtles pulled the rabbit under the surface of the water. The rabbit was impaled, crushed, and subjected to serious bodily injury while drowning. The turtles eventually consumed small portions of the dead rabbit. |

United States v. Edison

| Count | Date (on or about) | Title of Video (length) | Actual Conduct |
|---|---|---|---|
| 11 | January 19, 2023 | Turtle eat a live Guinea Pig (10:24) | Defendant BRYAN WESLEY EDISON placed a live guinea pig he referred to as "Gerald" into a water tank containing turtles. A turtle pulled Gerald under the surface, where Gerald drowned. The turtle eventually consumed portions of Gerald. |
| 12 | January 22, 2023 | SNAPPING TURTLES EAT GUINEA PIG (48:12) | Defendant BRYAN WESLEY EDISON placed a live guinea pig he referred to as "Geronimo" into a water tank containing turtles. A turtle pulled Geronimo under the surface, where Geronimo drowned. The turtles eventually consumed small portions of Geronimo. |
| 13 | February 18, 2023 | Monitor Lizard Eats a horrible Hamster (10:02) | Defendant BRYAN WESLEY EDISON placed a large lizard and a live hamster-type animal he referred to as "Hortencia" into a playpen-type structure decorated with a toy castle and action figures. After the lizard ignored the Hortencia, Defendant BRYAN WESLEY EDISON picked it up and dropped it on the floor. The lizard then attacked, impaled, crushed, and subjected Hortencia to serious bodily injury over the course of several minutes. The lizard ate Hortencia alive. |
| 14 | February 22, 2023 | Monitor Lizard Bullies Fat Syrian Hamster (6:58) | Defendant BRYAN WESLEY EDISON first placed a large lizard and a live guinea pig into a shower. The lizard attacked, impaled, crushed, and subjected the guinea pig to serious bodily injury. In the next scene, Defendant BRYAN WESLEY EDISON placed a hamster-type animal and a large lizard in a |

7

United States v. Edison

| Count | Date (on or about) | Title of Video (length) | Actual Conduct |
|---|---|---|---|
| | | | playpen-type structure decorated with a toy castle. The lizard crushed, impaled, and subjected the animal to serious bodily injury for minutes before consuming the animal. |
| 15 | March 18, 2023 | Monitor Lizard Eats Giant Guinea Pig (18:14) | Defendant BRYAN WESLEY EDISON placed a live guinea pig and a large lizard wearing a costume into a playpen-type structure decorated with a toy castle and action figures. The lizard crushed, impaled, and subjected the guinea pig to serious bodily injury, before losing interest and dropping the guinea pig outside of the playpen. Defendant BRYAN WESLEY EDISON then grabbed the injured guinea pig by one leg and threw the guinea pig back into the playpen and prodded it. The guinea pig convulsed and could not move. The guinea pig was eventually attacked again by the lizard. The lizard did not eat the guinea pig. |
| 16 | August 13, 2023 | Pomeranian Husky Mauls Guinea Pig (3:15) | Defendant BRYAN WESLEY EDISON placed a live guinea pig and a medium-sized dog into a bathtub. The dog attacked, crushed, impaled, and subjected the guinea pig to serious bodily injury. The guinea pig could not hide or escape. The guinea pig died. The dog did not eat the guinea pig. |

United States v. Edison

All in violation of Title 18, United States Code, Section 48(a)(1).

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY        FOREPERSON